# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | Case No.  1:26-cv-01811-FRS (BAM) (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| v. | |
| NEWSOM, et al., | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiff Timothy Ray Baker ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on March 6, 2026.  (ECF No. 1.) Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 9, 2026**         /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

1